Mr. Justice Holdom delivered the opinion of the court.

Hyde Park Investment Company, appellee, v. Hyde Park State Bank, defendant. Alfred Jones, appellant. Gen. No. 33,924.

Opinion filed May 28, 1930.

Peden, Kahn & Murphy, for appellant; Gerald Ryan, of counsel.
William J. Pringle and Edwin Terwilliger, for appellee.
Mr. Justice Holdom delivered the opinion of the court.